

NUMBER 13-14-00514-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

---

BELINDA LOPEZ,                                                    Appellant,

v.

ERASMO LOPEZ AND SANTOS MALDONADO JR.,               Appellees.

---

On Appeal from the 275th District Court
of Hidalgo County, Texas.

---

## ORDER

Before Justices Garza, Benavides, and Perkes
Order Per Curiam

Appellee's, Santos Maldonado Jr.'s, retained counsel, Adam Poncio and Reynaldo

L. Diaz Jr., have filed motions to withdraw as counsel. We grant said motions. Pursuant

1

to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is directed to notify appellee, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court.

Appellee is directed to notify the Court promptly if he retains new counsel on appeal by filing a notice including that attorney's name, mailing address, telephone number, facsimile number, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6. In the interim, the Court expects this appeal to proceed as per the appellate rules. Appellee is expected to comply with all applicable deadlines and filings should comply with the Texas Rules of Appellate Procedure.

It is so ORDERED.

PER CURIAM

Delivered and filed
the 28th day of April, 2015.

2